10

## REED v. ILLINOIS.

No. 282.   Decided October 10, 1966.

*Mort A. Segall* for appellant.

*William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *Philip J. Rock,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## TREFFRY ET AL. v. TAYLOR, DIRECTOR OF LICENSES FOR THE STATE OF WASHINGTON, ET AL.

No. 291.   Decided October 10, 1966.

*Francis J. Conklin* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.